UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LIANETTE MARIE RIVERA PARRA,**

      **Plaintiff,**

**v.**                                                   **Case No: 6:17-cv-372-Orl-41KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), seeking judicial review under 42 U.S.C. § 405(g) of the final decision by the Commissioner of the Social Security Administration ("Commissioner"), which denied Plaintiff's application for Social Security Disability and Supplemental Security Income. United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation ("R&R," Doc. 16), in which she recommends that the Commissioner's final decision be reversed and that this case be remanded.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision in this case is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2018.



Copies furnished to:

Counsel of Record